United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OKSANA LOPEZ, et al.,

    Plaintiffs,

    v.

HARLEY-DAVIDSON, INC.,

    Defendant.

Case No. 24-cv-04320-RS

**DISCOVERY REFERRAL**

Pursuant to Civil Local Rule 72-1, the parties' dispute regarding a protective order (see Dkt. No. 20) and any further discovery disputes are referred to a randomly assigned magistrate judge for disposition.

**IT IS SO ORDERED**.

Dated: November 27, 2024

_____
RICHARD SEEBORG
Chief United States District Judge