UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKSANA LOPEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HARLEY-DAVIDSON, INC.,<br><br>Defendant. | Case No. 24-cv-04320-RS   (LJC)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY** |

TO ALL PARTIES AND COUNSEL OF RECORD:

This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery. As to all discovery matters, the parties shall comply with Section F of the undersigned's Standing Order, which is available at https://cand.uscourts.gov/lisa-j-cisneros/.

Please be advised that discovery disputes must be presented in a joint letter brief that includes, inter alia, an attestation that the parties have met and conferred as required by the Standing Order.

The Court notes that Plaintiffs' Notice of Need for Discovery Referral indicates intent to seek "a protective order to govern the disclosure and dissemination of confidential and proprietary information exchanged by" the parties. ECF No. 20. The parties are directed to Section F.6 of the undersigned's Standing Order for procedures applicable to protective orders.

Please contact the Courtroom Deputy Clerk Brittany Sims at ljccrd@cand.uscourts.gov with any questions.

**IT IS SO ORDERED.**

Dated: November 27, 2024

_____
LISA J. CISNEROS
United States Magistrate Judge