1 | WALKUP, MELODIA, KELLY & SCHOENBERGER

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

SARA M. PETERS (State Bar #260610)
speters@walkuplawoffice.com
ANDREW P. McDEVITT (State Bar #271371)
amcdevitt@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFFS OKSANA LOPEZ, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE ESTATE OF MARCOS ANTONIO LOPEZ; BENJAMIN LOPEZ, A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM OKSANA LOPEZ; SOFIA LOPEZ, A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM OKSANA LOPEZ; ANTONIO LOPEZ, A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM OKSANA LOPEZ; MARCOS LOPEZ; MATEO LOPEZ**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| OKSANA LOPEZ, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE ESTATE OF MARCOS ANTONIO LOPEZ; BENJAMIN LOPEZ, A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM OKSANA LOPEZ; SOFIA LOPEZ, A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM OKSANA LOPEZ; ANTONIO LOPEZ, A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM OKSANA LOPEZ; MARCOS LOPEZ; MATEO LOPEZ, | Case No. 24-cv-04320-RS<br>ORDER ADOPTING **STIPULATION REGARDING SUBPOENA TO INTERSTATE SERVICES**<br><br>**The Hon. Richard Seeborg**<br>**Courtroom 3, 17th Floor**<br><br>Trial Date:     April 27, 2026 |
|---|---|
| Plaintiffs, | |
| v. | |
| HARLEY-DAVIDSON, INC.; EBAY INC.; and DOES ONE through TWO HUNDRED, inclusive,, | |
| Defendants. | |

1  Wherefore, on January 22, counsel and a representative of Interstate Services
2 met and conferred as ordered by the Court (Doc. 25) and wherefore, Interstate
3 Services has already produced the records for a first look by plaintiff's counsel, the
4 parties stipulate as follows:
5  Plaintiff's counsel will have until February 7 to complete its first look and
6 produce the documents from Interstate Services with any necessary redactions, along
7 with a privilege log.
8  Further, in lieu of the existing deposition subpoena seeking documents
9 reflecting the number of motorcycles stored by Interstate Services during the subject
10 time period, defense counsel will take the deposition of Interstate Services by written
11 questions under Rule 31(a)(4) to determine if all discoverable and relevant
12 information can be obtained from this method of discovery. By taking the deposition
13 of Interstate Services by written questions, defense counsel does not waive their right
14 to take the oral deposition of Interstate Services at a later date.
15  IT IS SO STIPULATED.
16 Dated: January 24, 2025         WALKUP, MELODIA, KELLY & SCHOENBERGER

By: _____/s/ Sara M. Peters_____
SARA M. PETERS
ANDREW P. McDEVITT
Attorneys for PLAINTIFFS OKSANA LOPEZ, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE ESTATE OF MARCOS ANTONIO LOPEZ; BENJAMIN LOPEZ, A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM OKSANA LOPEZ; SOFIA LOPEZ, A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM OKSANA LOPEZ; ANTONIO LOPEZ, A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM OKSANA LOPEZ; MARCOS LOPEZ; MATEO LOPEZ

Dated: January 24, 2025        DYKEMA GOSSETT LLP

By:     /s/ Chris S. Pacetti
DOMMOND E. LONNIE
CHRIS S. PACETTI
NICHOLAS O. VON DER LANCKEN
LOLA OGUNADE
Attorneys for DEFENDANT HARLEY-DAVIDSON MOTOR COMPANY, INC.



IT IS SO ORDERED
Judge Lisa J. Cisneros
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: January 24, 2025