UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKSANA LOPEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HARLEY-DAVIDSON, INC.,<br><br>Defendant. | Case No. 24-cv-04320-RS<br><br>**ORDER CONTINUING HEARING AND EXTENDING BRIEFING SCHEDULE** |

Plaintiffs have filed what they have labeled as an "administrative motion" under Civil Local Rule 7-11, seeking an extension of time in which to filed opposition to defendant's pending motion for terminating sanctions. Plaintiffs also cite Local Rule 6-3, which is the provision under which their request should have been made, as a "motion to change time."

The motion fails to comply with the requirement of Rule 6-3(a)(2) to include a declaration that "[d]escribes the efforts the party has made to obtain a stipulation to the time change." Plaintiffs are cautioned against filing any subsequent motions to change time without making and documenting such efforts. It is a rare case in which parties would have justifiable grounds for requiring court intervention to resolve modest scheduling change issues.

That said, plaintiffs have shown good cause to extend the briefing schedule and the hearing date. Opposition to the motion shall be due by October 2, 2025, with any reply due October 9, 2025. The hearing is continued to October 23, 2025. If defendant believes additional time to reply is warranted, the parties will be expected to reach a stipulation on that point and for a further

continuation of the hearing, to a date not less than two weeks after the reply is filed.

**IT IS SO ORDERED**.

Dated: September 4, 2025

_____
RICHARD SEEBORG
Chief United States District Judge