UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKSANA LOPEZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HARLEY-DAVIDSON, INC.,<br><br>　　　　　Defendant. | Case No. 24-cv-04320-RS<br><br>**ORDER RE MOTION FOR RELIEF FROM MAGISTRATE JUDGE RULING** |

Defendant has filed a motion (Dkt. No. 74) seeking relief from a non-dispositive order issued by the assigned Magistrate Judge on October 24, 2025 (Dkt. No. 69). Defendant asserts the parties agree the challenged order is "unclear in certain respects", and that "they interpret it differently." The questions defendant is raising as to the intended scope and application of the order should have been presented to the Magistrate Judge in the first instance. The issues presented in Dkt. 74 are referred to the Magistrate Judge for resolution, under such briefing procedures as she may direct.

**IT IS SO ORDERED**.

Dated: November 14, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge