UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OKSANA LOPEZ, et al.,

Plaintiffs,

v.

HARLEY-DAVIDSON, INC.,

Defendant.

Case No. 24-cv-04320-RS

**ORDER IN ADVANCE OF PRETRIAL CONFERENCE**

Upon review of the parties' joint pretrial statement, the trial of this action will proceed as follows: Each side will be afforded 15 hours to present their case, inclusive of opening and closing arguments. The parties may jointly propose up to 10 additional questions to be added to the standard civil questionnaire, provided they can agree on the questions. Any such additional questions will be due by September 14, 2026. Jury questionnaire responses will be provided to the parties on Monday, September 28, 2026; a Zoom conference with counsel will be held on Tuesday, September 29, 2026, at 10:30 a.m. to discuss hardship excusals; jury selection will commence on Wednesday, September 30, 2026, at 9 a.m., and the parties should be prepared to make any opening statements on that day. Thereafter the trial will run from 8:30 a.m. to 1:30 p.m., Monday through Friday, with the exception of Monday, October 12th, when court will not be in session. Liability and damages will not be bifurcated.

United States District Court
Northern District of California

United States District Court
Northern District of California

**IT IS SO ORDERED**.

Dated: August 27, 2026

RICHARD SEEBORG
United States District Judge