UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OKSANA LOPEZ, et al.,

Plaintiffs,

v.

HARLEY-DAVIDSON, INC.,

Defendant.

Case No. 24-cv-04320-RS

**FURTHER PRETRIAL ORDER**

1. Voir Dire

Questions 27-29 of the jury questionnaire address potential jurors' possible attitudes toward motorcycle riders, risks, and modifications. Question 33 raises the topic of non-economic damages. In voir dire, the parties may ask jurors to explain or elaborate on their responses to these questions. Parties may also ask about attitudes toward tattoos.

2. Circumstances of motorcycle's destruction

The parties shall meet and confer and by the start of trial submit a stipulation or their respective proposals for a statement to be read to the jury describing the basic circumstances of the motorcycle's destruction. As previously ordered, this statement will not preclude Harley Davidson from introducing evidence or argument as to the effect the destruction had, if any, on its ability to present its defense.

United States District Court
Northern District of California

3. Witnesses

As to any witnesses on defendant's witness list who are outside the subpoena power of the court, defendants may choose to proceed by live testimony or deposition testimony. For any witnesses that defendants may wish to call to testify at trial by live testimony, the witnesses must be made available to plaintiffs for their case-in-chief. In that instance, each witness will testify only once. Following plaintiffs' direct examination, defendant may question the witness without objection that the examination exceeds the scope of direct.

If defendant chooses not to make these witnesses available to plaintiffs, it may still call them but will be limited to the use of deposition testimony. In general, there is a strong preference for live testimony, but as to witnesses beyond this court's subpoena power, the court can only encourage that option.

4. Deposition testimony

The parties are directed to meet and confer with respect to deposition testimony either side still intends to offer, and to resolve objections where possible. As far in advance of introducing any deposition testimony as practical, the parties shall submit a joint filing specifically identifying any objections that remain to be resolved.

**IT IS SO ORDERED**.

Dated: September 28, 2026

RICHARD SEEBORG
United States District Judge