United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKSANA LOPEZ, et al.,<br>Plaintiffs,<br>v.<br>HARLEY-DAVIDSON, INC.,<br>Defendant. | Case No. 24-cv-04320-RS<br><br>**ORDER OVERRULING OBJECTIONS TO INTRODUCTION OF DESIGNATED WILCOX DEPOSITION EXCERPTS** |

The objections to introduction of the designated Wilcox deposition excerpts are overruled.

**IT IS SO ORDERED**.

Dated: September 29, 2026



RICHARD SEEBORG
United States District Judge