United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OKSANA LOPEZ, et al.,

Plaintiffs,

v.

HARLEY-DAVIDSON, INC.,

Defendant.

Case No. 24-cv-04320-RS

**ORDER RE OBJECTIONS TO DESIGNATED EXCERPTS OF DEPOSITION OF JOSHUA HEDTKE**

The objection to introduction of 52:5-52:08 of the deposition of Joshua Hedtke is sustained. The remaining objections are denied. Plaintiffs need not submit a revised limited set of designations.

Without deciding when or if deposition excerpts of Jason Joers may be admitted, it does not appear defendant submitted objections to any of the designations from Volume 3.

**IT IS SO ORDERED**.

Dated: September 30, 2026

RICHARD SEEBORG
United States District Judge